## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **SHYSHA LEWIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.  4:23-cv-** |
| **v.** | § | **00934** |
| | § | |
| **WELLS FARGO BANK, N.A.** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MEDIATION STATUS REPORT

Pursuant to Section 17(c) of the Court's Procedures and the Scheduling and Docket Control Order (Doc. No. 13), Plaintiff Shysha Lewis ("Lewis") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") file this Joint Mediation Status report.

1.      The Parties mediated this matter before Judge John Wooldridge on February 9, 2024, via Zoom in a scheduled half-day mediation session.

2.      Lewis and her counsel appeared and participated in mediation. Wells Fargo appeared through its company representative and attorney and participated in mediation.

3.      The Parties were unable to reach a settlement, and the mediator declared an impasse.

Respectfully submitted,

_/s/ Helen O. Turner_

**Robert T. Mowrey – Attorney-in-Charge**
Texas Bar No. 14607500
S.D. Texas Bar No. 9529
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**B. David L. Foster**
Texas Bar No. 24031555
S. D. Texas Bar No. 35961
dfoster@lockelord.com
LOCKE LORD LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

**Helen O. Turner**
Texas Bar No. 24094229
S. D. Texas Bar No. 29424121
helen.turner@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (214) 226-1280
Facsimile: (713) 229-2501

**COUNSEL FOR DEFENDANT**

**-AND-**

*/s/Jeffrey C. Jackson w/ permission*

Jeffrey C. Jackson
jeff@jjacksonllp.com
JEFFREY JACKSON & ASSOCIATES, PLLC
2500 E. TC Jester Blvd., Suite 285
Houston, Texas 77008
Telephone: (713) 861-8833
Facsimile: (713) 682-8866

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2024, a true and correct copy of the foregoing instrument was served on the following counsel of record **via ECF and/or email** according to the Federal Rules of Civil Procedure:

Jeffrey C. Jackson
jeff@jjacksonllp.com
JEFFREY JACKSON & ASSOCIATES, PLLC
2500 E. TC Jester Blvd., Suite 285
Houston, Texas 77008
Telephone: (713) 861-8833
Facsimile: (713) 682-8866

***Counsel for Plaintiff***

*/s/ Helen O. Turner*

Counsel for Defendant