# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **SHYSHA LEWIS,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | CIVIL ACTION NO. 4:23-cv-00934 |
| **WELLS FARGO BANK, N.A.,** | § § § | |
| *Defendant.* | § | |

## JOINT SCHEDULING AND DOCKET CONTROL ORDER

Pursuant to the Court's Order dated October 22, 2024 (Dkt. 36), Plaintiff Shysha Lewis and Defendant Wells Fargo Bank, N.A. submit the following Joint Scheduling and Docket Control Order for the submission of the following schedule that will control disposition of this case:

| Date | Event |
|---|---|
| 12/6/2024 | **New Party Joinder Deadline**. The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party. |
| 12/6/2024 | **Amendment of Pleadings**. Any party seeking leave to amend pleadings after this date must show good cause. |
| 3/21/2025 | **Completion of Discovery**. Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline. |

| | |
|---|---|
| 3/21/2025 | **Further Mediation or Settlement Conference before the Magistrate Judge**. The parties must complete a second mediation or other form of dispute resolution. |
| 4/21/2025 | **Deadline for Joint Pretrial Order and Motions *in Limine***. The Joint Pretrial Order must contain the pretrial disclosures required by Rule 26(a)(3). Plaintiff is responsible for timely filing of the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with applicable rules. |
| _____ | **Docket Call**. The parties suggest docket call be set 30 to 60 days after the submission the joint pretrial order. Docket call will occur at _____ in Courtroom 9F, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable. |

The parties respectfully request the Court's approval of this updated schedule to facilitate the orderly disposition of this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey C. Jackson with permission*___ | */s/ Helen O. Turner* |
| **Jeffrey C. Jackson** | **Robert T. Mowrey** |
| Texas Bar No. 24065485 | Texas Bar No. 14607500 |
| S.D. Texas Bar No. 24065485 | S.D. Texas Bar No. 9529 |
| jeff@jjacksonllp.com | rmowrey@lockelord.com |
| JEFFREY JACKSON & ASSOCIATES, PLLC | LOCKE LORD LLP |
| 11767 Katy Fwy., Ste. 813 | 2200 Ross Avenue, Suite 2800 |
| Houston, TX 77079 | Dallas, Texas 75201-6776 |
| Telephone: (713) 861-8833 | Telephone: (214) 740-8000 |
| Facsimile: (713) 682-8866 | Facsimile: (214) 740-8800 |
| **ATTORNEY FOR PLAINTIFF** | **B. David L. Foster** |
| | Texas Bar No. 24031555 |
| | S.D. Texas Bar No. 35961 |
| | dfoster@lockelord.com |
| | 300 Colorado Street, Suite 2100 |
| | Austin, Texas 78701 |
| | Telephone: (512) 305-4700 |
| | Facsimile: (512) 305-4800 |
| | **Helen O. Turner** |
| | Texas Bar No. 24094229 |
| | S.D. Texas Bar No. 2924121 |
| | helen.turner@lockelord.com |
| | LOCKE LORD LLP |
| | 600 Travis Street, Suite 2800 |
| | Houston, Texas 77002 |
| | Telephone: (713) 226-1280 |
| | Facsimile: (713) 229-2501 |
| | **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served, via the Court's CM/ECF System, USPS Certified Mail, Fax Transmission, and/or E-Mail to all counsel of record on this 29th day of October, 2024.

    Jeffrey C. Jackson
    Texas Bar No. 24065485
    S.D. Texas Bar No. 24065485
    jeff@jjacksonllp.com
    JEFFREY JACKSON & ASSOCIATES, PLLC
    11767 Katy Fwy., Ste. 813
    Houston, TX 77079
    Telephone: (713) 861-8833
    Facsimile: (713) 682-8866

    *Counsel for Plaintiff*

    */s/ Helen O. Turner*
    Counsel for Defendant